UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHRISTOPHER J. ZEIER,          )
                              )
            Plaintiff,         )
                              )
v.                            )          Cause No. 4:15 CV 156  RWS
                              )
CAROLYN W. COLVIN,             )
Acting Commissioner of Social  )
Security,                      )
                              )
            Defendant.         )

## MEMORANDUM AND ORDER

This matter is before me on a Report and Recommendation to affirm the

decision of the Commissioner of Social Security to deny Plaintiff benefits under

Title XVI of the Social Security Act.  Neither of the parties has filed an objection

to this recommendation.

This matter was referred to United States Magistrate Judge Shirley Padmore

Mensah for a Report and Recommendation pursuant to 28 U.S.C. § 636(b).  Judge

Mensah issued a Report and Recommendation on February 26, 2016 that

recommended that the Commissioner's decision to deny benefits should be

affirmed.  Judge Mensah found that the Administrative Law Judge's determination

that Plaintiff was not entitled to benefits was supported by substantial evidence in

the record.

Any objections to Judge Mensah's Report and Recommendation had to be filed by March 11, 2016. Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED that** the Report and Recommendation of the United States Magistrate Judge Mensah is **SUSTAINED, ADOPTED AND INCORPORATED** herein. The Commissioner of Social Security's decision to deny Supplemental Security Income benefits to Plaintiff is affirmed.


_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 17th day of March, 2016.